AARON D. FORD
  Attorney General
HEIDI H. DEMERS, Bar No. 17034C
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail:  hdemers@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD E. GREEN, | Case No. 3:25-cv-00285-ART-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| DAVID BEQUETTE, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heidi H. Demers, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Leonard E. Green (#1165222), that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///
///
///

Page 1

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 31st day of March 2026.          DATED this 31st day of March 2026.

AARON D. FORD

Attorney General

_____          /s/ Heidi H. Demers
LEONARD E. GREEN #1165222          Heidi H. Demers, (Bar No. 17034C)
Plaintiff          Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED THIS 5th day of May, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE